

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W.  Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com

PBlankenstein@gibsondunn.com



November 8, 2007

Direct Dial
(202) 955-8693

Fax No.
(202) 530-9532

Client No.
C 19825-00002

Adjourned to 12/3/07 @ 9:15AM

SO ORDERED:
Date: 11/13/07
Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Albert T. Beane, Jr. v. The Bank of New York Mellon Corp., et al.*, Civil Action No. 07 CV 9444 (RMB)

Dear Judge Berman:

William J. Kilberg and I have just been retained to represent defendant Callan Associates, Inc. in the recently filed above-referenced matter. The plaintiff has forwarded to us a notice from the Court scheduling an initial pre-trial conference for November 20, 2007 at 9:30 a.m.

Both Mr. Kilberg and I have previous commitments on that date. We respectfully request that the Court reschedule the initial pre-trial conference to another date convenient to the Court and counsel. In this regard, we have contacted counsel for the plaintiff as well as counsel for the other defendants, and neither have any objection to this request. Counsel for all the parties are available during the first two weeks of December, except for December 5th, 12th and 14th. If



USDC SDNY
DOCUMENT
ELECTRO...
DOC #
DATE FIL... 11/13/07

## GIBSON, DUNN & CRUTCHER LLP

Honorable Richard M. Berman
November 8, 2007
Page 2

convenient for the Court, we request that the initial pre-trial be rescheduled during that period of counsel's availability.

                                                  Respectfully submitted,

                                                  Paul Blankenstein
                                                  Counsel for
                                                  defendant Callan Associates, Inc.

PB/slc

cc:    Gregory Y. Porter, Esq.
        Thomas A. Arena, Esq.
        Dorothy Heyl, Esq.