UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALBERT T. BEANE, JR., and all others
similarly situated,

                Plaintiffs,                            ECF Case

        v.                                        07 Civ. 9444 (RMB) (GWG)

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXCEUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.,

                Defendants.
-----------------------------------------------------------x

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of David S. Preminger, co-counsel for Plaintiffs, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that Gregory Y. Porter, McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015, (phone) (202) 364-6900, (fax) (202) 364-9960, gporter@mctiguelaw.com, is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

So Ordered:   New York, NY
                Nov. 27, 2007

_____
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-27-07