**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALBERT T. BEANE, JR., and all others
similarly situated,

                                        Plaintiffs,

                    v.                                                **07 CIV 9444 (RMB)**

THE BANK OF NEW YORK MELLON
CORP., BNY CONVERGEX EXECUTION
SOLUTIONS, LLC and CALLAN
ASSOCIATES, INC.,

                                        Defendants.

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Dorothy Heyl of Milbank, Tweed, Hadley & McCloy

LLP, hereby appears in the above-captioned action as counsel for Defendant Bank of New York

Mellon Corp.

Dated:  New York, NY                          MILBANK TWEED HADLEY & MCCLOY LLP
            November 30, 2007


                                              By:  _____s/ Dorothy Heyl_____

                                              Dorothy Heyl (1601)
                                              One Chase Manhattan Plaza
                                              New York, NY 10005-1413
                                              212.530.5000
                                              212.530.5219 (facsimile)
                                              Email: dheyl@milbank.com

                                              *Attorneys for Defendants:*
                                              *The Bank of New York Mellon Corp.*

.

<u>**CERTIFICATE OF FILING**</u>

     I hereby certify that on November 30, 2007, this Notice of Appearance was filed through the ECF system.


          ___s/ Dorothy Heyl_____