UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT T. BEANE, JR., and all others similarly situated,<br><br>                              Plaintiffs,<br><br>               v.<br><br>THE BANK OF NEW YORK MELLON CORP., BNY CONVERGEX EXECUTION SOLUTIONS, LLC and CALLAN ASSOCIATES, INC.,<br><br>                              Defendants. | 07 CIV 9444 (RMB) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas A. Arena of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Defendants Bank of New York Mellon Corp. and BNY Convergex Execution Solutions, LLC.


Dated:  New York, NY
            November 30, 2007

MILBANK TWEED HADLEY & MCCLOY LLP

By:  _____s/ Thomas A. Arena_____

   Thomas A. Arena (4613)
   One Chase Manhattan Plaza
   New York, NY 10005-1413
   212.530.5000
   212.530.5219 (facsimile)
   Email: tarena@milbank.com

   *Attorneys for Defendants:*
   *The Bank of New York Mellon Corp.*
   *BNY Convergex Execution Solutions, LLC*

## CERTIFICATE OF FILING

      I hereby certify that on November 30, 2007, this Notice of Appearance was filed through the ECF system.

                                                          ___s/ Thomas A. Arena_____

NY2:#4765672v1
11/30/07