UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT T. BEANE, JR., and all others similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>THE BANK OF NEW YORK MELLON CORP., BNY CONVERGEX EXECUTION SOLUTIONS, LLC and CALLAN ASSOCIATES, INC.,<br><br>        Defendants. | 07 CIV 9444 (RMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dorothy Heyl of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Defendant BNY Convergex Execution Solutions, LLC.

Dated: New York, NY      MILBANK TWEED HADLEY & MCCLOY LLP
    November 30, 2007

              By:  s/ Dorothy Heyl

              Dorothy Heyl (1601)
              One Chase Manhattan Plaza
              New York, NY 10005-1413
              212.530.5000
              212.530.5219 (facsimile)
              Email: dheyl@milbank.com

              *Attorneys for Defendant:*
              *BNY Convergex Execution Solutions, LLC*

NY2:#4765672v1
11/30/07

-2-

## CERTIFICATE OF FILING

      I hereby certify that on November 30, 2007, this Notice of Appearance was filed through the ECF system.

                                                      ___s/ Dorothy Heyl_____