UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BEANE        Plaintiff(s),

- v -

BANK OF N.Y. MELLON CORP.
             Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/03/07

**Case Management Plan**

__07__ CV. __9444__ (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by __December 15, 2007__

(ii)   Amend the pleadings by __December 15, 2007__

(iii)  All discovery to be **expeditiously** completed by ~~December 31, 2008~~ **APRIL 30, 2008**

(iv)   Consent to Proceed before Magistrate Judge __No.__

(v)    Status of settlement discussions __The parties are agreeable to begin settlement discussions at the appropriate time; all parties believe that to do so now would be premature.__  5/1/07 @ 9:30 with principals

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other __**SETTLEMENT CONFERENCE WITH PRINCIPALS ON MAY 1, 2008 AT 9:30 A.M.**__

SO ORDERED: New York, New York
            __12/3/07__

                                         _____RMB_____
                                         Hon. Richard M. Berman, U.S.D.J.