UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALBERT T. BEANE, JR.,

        Plaintiff,

  -against-

THE BANK OF NEW YORK MELLON CORP.,     07 CV 9444 (RMB)
ET. AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendant Callan Associates, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Callan Associates, Inc. The undersigned is a member of this Court in good standing.

Dated: Washington, DC
       November 30, 2007

                         GIBSON, DUNN & CRUTCHER LLP

                         William J. Kilberg (WK-0792)

                         1050 Connecticut Avenue N.W.
                         Washington, District of Columbia 20036
                         Telephone: (202) 955-8500
                         Facsimile: (202) 467-0539

                         *Attorneys for Defendant*
                         *Callan Associates, Inc.*