UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALBERT T. BEANE, JR.,

                  Plaintiff,

       -against-

BANK OF NEW YORK MELLON CORP.,

                  Defendant.

------------------------------------------------------------x

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____                  │
│ DATE FILED: 12|19|07                  │
└──────────────────────────────────────┘
```

07 **CIVIL** 9444 (RMB)(GWG)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:*  _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Habeas Corpus  Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ | Inquest After Default/Damages Hearing | | Particular Motion: _____  All Such Motions: _____ |

*   Do not check if already referred for general pretrial.

**SO ORDERED.**

    Dated: New York, New York
            December 19, 2007

                        RICHARD M. BERMAN
                        U.S.D.J.

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____                  │
│ DATE FILED: 12|19|2007                │
└──────────────────────────────────────┘
```