**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ALBERT T. BEANE, JR., individually and on behalf of all others similarly situated,

                Plaintiff,

            v.                                      07-CV-0944 (RMB)

THE BANK OF NEW YORK MELLON, BNY CONVERGEX EXECUTION SOLUTIONS LLC and CALLAN ASSOCIATES, INC.,

                Defendants.

------------------------------------------------------------x

**Index of Exhibits to**
**Declaration of Gregory Y. Porter in Support of Motion to Certify Class of ERISA Plans**

| Exhibit | Description |
|---------|-------------|
| A | Firm Résumé for McTigue & Porter LLP |
| B | Résumé for David S. Preminger |