**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ALBERT T. BEANE, JR., individually and on
behalf of all others similarly situated,

                Plaintiff,

      v.                                 07-CV-0944 (RMB)

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.,

                Defendants.
------------------------------------------------------------x

**Index of Exhibits to**
**Plaintiff's Memorandum of Law in Support of Motion to Certify Class of ERISA Plans**

| Exhibit | Description |
|---|---|
| 1 | Services Agreement by and among Callan Associates Inc., BNY ESI & Co., and the Bank of New York Company, Inc. (Sept. 9, 1998), BNY-BEANE 0001318-57 (**FILED UNDER SEAL**) |
| 2 | Callan Associates Inc. Responses to the DOL and SEC Recommended Questions for Selecting and Monitoring Pension Consultants: Tips for Plan Fiduciaries |
| 3 | *In the Matter of Callan Associates*, SEC Admin. Proc. No. 3-12808, Order Instituting Administrative And Cease-And-Desist Proceedings |
| 4 | "Exclusive Broker" Correspondence, BNY-BEANE 0000600-602(**FILED UNDER SEAL**) |
| 5 | Commission Report for Nov. 1, 2000 to Oct. 31, 2001, BNY-BEANE 0002586-0002659(**FILED UNDER SEAL**) |
| 6 | Tenneco Master Retirement Form, BNY-BEANE 0022717(**FILED UNDER SEAL**) |