# Exhibit 1

Services Agreement
BNY-BEANE 0001318-0001357

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)