# Exhibit 4

"Exclusive Broker" Correspondence
BNY-BEANE 0000600-602

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)