# Exhibit 6

Tenneco Master Retirement Form
BNY-BEANE 0022717

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)