**GIBSON, DUNN & CRUTCHER LLP**

Honorable Richard M. Berman
March 3, 2008
Page 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

ALBERT T. BEANE, JR., et. al.,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, BNY
CONVERGEX EXECUTION SOLUTIONS LLC
and CALLAN ASSOCIATES, INC.,

    Defendants.

---------------------------------------- x

**ORDER**

07-cv-9444 (RMB)

### [~~PROPOSED~~] REVISED SCHEDULING ORDER

It is hereby ordered that the briefing schedule in the above-captioned matter, established by this Court and the parties on December 18, 2008, and reflected in a Minute Entry entered on the same date, be amended as follows:

Responses due by **March 14, 2008**.

Replies due by **April 4, 2008**.

Surreplies due by **April 11, 2008**.

_/s/ RMB_

The Honorable Richard M. Berman
United States District Judge

3/5/08