UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
: 
ALBERT T. BEANE, JR., :
:
        Plaintiff, :
:
  v. :
:
THE BANK OF NEW YORK MELLON, BNY :   07-cv-9444 (RMB)
CONVERGEX EXECUTION SOLUTIONS LLC :
and CALLAN ASSOCIATES, INC., :
:
        Defendants. :
:
------------------------------------ x

## Index of Exhibits

| | |
|---|---|
| Exhibit A | December 18, 2007 Oral Argument Transcript |
| Exhibit B | Ann C. DeLuce Declaration |
| Exhibit C | Christopher M. Springer Declaration |
| Exhibit D | Dorothy D. Schroth Declaration |
| Exhibit E | First Amended Responses of Plaintiff Albert T. Beane, Jr., To Defendant Callan Associates, Inc.'s First Set Of Requests For Admission |