# Exhibit A

December 18, 2007 Oral Argument Transcript

```
7CIHBEAC
     1   UNITED STATES DISTRICT COURT
     1   SOUTHERN DISTRICT OF NEW YORK
     2   ------------------------------x
     2
     3   ALBERT T. BEANE, JR.,
     3
     4                  Plaintiff,
     4
     5          v.                              07 Civ. 9444 (RMB)
     5
     6   THE BANK OF NEW YORK MELLON
     6   CORPORATION, et al.,
     7
     7                  Defendants.
     8
     8   ------------------------------x
     9
     9
    10                                          New York, N.Y.
    10                                          December 18, 2007
    11                                          3:10 p.m.
    11
    12   Before:
    12
    13                      HON. RICHARD M. BERMAN
    13
    14                                          District Judge
    14
    15                          APPEARANCES
    15
    16   MCTIGUE & PORTER, LLP
    16        Attorneys for Plaintiff
    17   BY:  GREGORY Y. PORTER
    17        PATRICK DEGRIFELLES
    18
    18   MILBANK TWEED HADLEY & MCCLOY
    19        Attorneys for Defendant The Bank of New York
    19        Mellon Corporation and BNY Convergex Execution Solutions,
    20        LLC
    20   BY:  THOMAS ARENA
    21        DOROTHY HEYL
    21
    22   GIBSON DUNN AND CRUTCHER
    22        Attorneys for Defendant Callan Associates, Inc.
    23   BY:  PAUL BLANKENSTEIN
    23        THOMAS JOHNSON
    24
    24
    25
    25
                      SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

```
    7CIHBEAC
 1            (In open court)
 2            THE COURT:  Nice to see you all.  So here is what I
 3   think we ought to do.  We have these letters which are
 4   competing to file motions and also discuss the need for some
 5   discovery, and also what I would typically do in a case like
 6   this is, if the plaintiff wants, give the plaintiff an
 7   opportunity to amend.  I don't know if you want to avail
 8   yourself, but that way, having taken that opportunity, if there
 9   is a motion to dismiss and it is successful, we are done.  I
10   don't know if, in the face of the letters that you have seen
11   from defendants, if you were interested in that option.
12            MR. PORTER:  No, your Honor, I don't think there is
13   anything we need to amend.  Thank you.
14            THE COURT:  And the next question is, let's talk a
15   little bit about the discovery that people feel is necessary,
16   which I would prefer to see before we have motion practice, if
17   the defense goes forward with its motion for class
18   certification.
19            MR. BLANKENSTEIN:  We would need to take discovery
20   with respect to some of the class issues, your Honor.
21            THE COURT:  So what kind of time frame?
22            MR. BLANKENSTEIN:  At least a 60- or 90-day time
23   frame.
24            THE COURT:  60, 90 days, we are almost done with our
25   schedule.
```