UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| ALBERT T. BEANE, JR., | : |
|  | : |
|               Plaintiff, | : |
|  | : |
|     v. | : |
|  | : |
| THE BANK OF NEW YORK MELLON, BNY CONVERGEX EXECUTION SOLUTIONS LLC and CALLAN ASSOCIATES, INC., | :   07-cv-9444 (RMB) |
|  | : |
|              Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Callan Associates, Inc. ("Callan") has no corporate parent. There is no publicly held corporation that owns more than 10% of Callan's stock.

DATE: March 17, 2008        Respectfully submitted,


                                            s/ Paul Blankenstein
William J. Kilberg (WK-0792)
Paul Blankenstein (PB-8583)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
*Counsel for Callan Associates, Inc.*