UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT T. BEANE, JR., individually and on behalf of all others similarly situated,

        Plaintiffs,

        v.

THE BANK OF NEW YORK MELLON, BNY BROKERAGE CONVERGEX EXECUTION SOLUTIONS LLC, and CALLAN ASSOCIATES, INC.,

        Defendants.

---

## DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Defendant The Bank of New York Mellon Corporation ("BNY Mellon") is publicly traded, has no parent corporation, and that no publicly held corporation owns 10% or more of its stock. Defendant BNY ConvergEx Execution Solutions LLC is wholly owned by BNY ConvergEx Group, LLC, which is wholly owned by ConvergEx Holdings, LLC ("Holdings"). BNY Mellon

NY2:#4782025

owns 33.8% of Holdings. A private firm, GTCR, Golder Rauner, LLC, also owns 33.8% of Holdings. The remainder of Holdings is owned by individuals.

Dated: March 17, 2008
New York, New York

        Respectfully submitted,

        **MILBANK, TWEED, HADLEY & McCLOY LLP**

        ___/s/ Dorothy Heyl_____
        Thomas A. Arena (TA-4613)
        Dorothy Heyl (DH-1601)
        MILBANK, TWEED, HADLEY & MCCLOY LLP
        1 Chase Manhattan Plaza
        New York, NY 10005
        Telephone: (212) 530-5000

        *Counsel for The Bank of New York Mellon Corp.*
        *and BNY ConvergEx Execution Solutions, LLC*