UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ALBERT T. BEANE, JR., :
:
        Plaintiff, :
:
   v. :
:
THE BANK OF NEW YORK MELLON, BNY :   07-cv-9444 (RMB)
CONVERGEX EXECUTION SOLUTIONS LLC :
and CALLAN ASSOCIATES, INC., :
:
        Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Index Of Exhibits

    Exhibit A    Ann C. DeLuce Declaration

    Exhibit B    Christopher M. Springer Declaration

    Exhibit C    Dorothy D. Schroth Declaration

    Exhibit D    First Amended Responses of Plaintiff Albert T. Beane, Jr., To Defendant Callan Associates, Inc.'s First Set Of Requests For Admission