**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ALBERT T. BEANE, JR., individually and on
behalf of all others similarly situated,

                Plaintiff,

       v.                                           07-CV-0944 (RMB)

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.,

                Defendants.
-----------------------------------------------------------x

**Index of Exhibits to**
**Plaintiff's Opposition to Motion to Dismiss and Reply Memorandum of Law in Support of Motion to Certify Class of ERISA Plans**

| Exhibit | Description |
|---|---|
| A | In Re: MEDCO HEALTH SOLUTIONS, INC., PHARMACY BENEFITS MANAGEMENT LITIGATION. No. 03 MDL 1508 (CLB) |
| B | Excerpts from Deposition of David Bonnette |
| C | Excerpts from Deposition of Ronald Peyton |