# Exhibit B

Bonnette Deposition Excerpts
CA14026, CA14083-84

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)