# Exhibit C

Peyton Deposition Excerpts
CA14087, CA14137-38, CA14148

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)