Honorable Richard M. Berman
April 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALBERT T. BEANE, JR., et. al.,

        Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, BNY
CONVERGEX EXECUTION SOLUTIONS LLC
and CALLAN ASSOCIATES, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07-cv-9444 (RMB)

## [PROPOSED] REVISED SCHEDULING ORDER

ON CONSENT OF THE PARTIES, It is hereby ordered that the briefing schedule in the above-captioned matter, established by this Court and the parties on March 5, 2008, and reflected in a Minute Entry entered on the same date, be amended as follows:

Defendant's Reply Brief in Further Support of their Motion to Dismiss due by **April 18, 2008**.

_Richard M. Berman_ 4/8/08

The Honorable Richard M. Berman
United States District Judge