UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                       :
ALBERT T. BEANE, JR.,                 :
                                       :
        Plaintiff,                        :
                                       :
  v.                                  :
                                       :
THE BANK OF NEW YORK MELLON, BNY   :     07-cv-9444 (RMB)
CONVERGEX EXECUTION SOLUTIONS LLC  :
and CALLAN ASSOCIATES, INC.,         :
                                       :
        Defendants.                     :
                                       :
------------------------------------ x

## Index Of Exhibits

       Exhibit A     Federal-Mogul Corporation Forms 5500

       Exhibit B     Declaration of Ann C. DeLuce

       Exhibit C     Declaration of Franklin C. Wong