# Exhibit B

Declaration of Ann C. DeLuce

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALBERT T. BEANE, JR., | § § | Case No. 1:07-cv-09444-RMB |
| *Plaintiff,* | § § | |
| v. | § § | |
| THE BANK OF NEW YORK MELLON, BNY CONVERGEX EXECUTION SOLUTIONS LLC AND CALLAN ASSOCIATES, INC. | § § § § | |
| *Defendants.* | § § | |

## DECLARATION OF ANN C. DELUCE

I, Ann C. DeLuce, declare and state as follows:

1. I am the Executive Vice President of Legal and Corporate Communications at Callan Associates, Inc., a named defendant in the above-captioned matter. I offer this Declaration in support of the joint motion of the defendants Bank of New York Mellon, BNY ConvergEx Solutions LLC (the "BNY Defendants") and Callan Associates, Inc. ("Callan") to dismiss plaintiff's complaint. The statements set forth in this Declaration are based upon my personal knowledge, upon information that I acquired during the regular performance of my duties as Executive Vice President of Callan, and from reports and records kept in the course of Callan's regularly conducted business activity, and which reports it was Callan's regular practice to make.

2. Callan received $1,494,508.67 from the Federal-Mogul Corporation Pension Plan during the period of October 1, 1998 to December 31, 2006. The Federal-Mogul Corporation Pension Plan was billed by calendar year as follows:

      10/1-12/31/98    $56,466.63
            1999        $297,030.97

|      |              |
|------|--------------|
| 2000 | $429,294.63  |
| 2001 | $267,991.44  |
| 2002 | $132,112.50  |
| 2003 | $93,612.50   |
| 2004 | $123,000.00  |
| 2005 | $95,000.00   |
| 2006 | $0.00        |

A copy of the relevant billing invoices and reports to the Federal-Mogul Corporation Pension Plan for each calendar year is attached as Exhibit A.

I state under penalty of perjury that the foregoing is true and correct.

San Francisco, California
April 17, 2008

                                        Ann C. DeLuce

# Exhibit A

# CALLAN ASSOCIATES INC

## INVOICE AND STATEMENT



```
                                    INVOICE #: 9812061-IN
                                    DATE: DECEMBER 31, 1998
                                    CLIENT #: 0000800
                                    CNSLT: RG
                                    PAGE #:    1
```

SAN FRANCISCO

NEW YORK

CHICAGO    MS. SHIRLEY R. HAY
           FEDERAL-MOGUL CORPORATION
ATLANTA    DEFINED BENEFIT PLAN
           26555 NORTHWESTERN HIGHWAY
DENVER     SOUTHFIELD, MI  48034

```
PREVIOUS BALANCE:                                              $56,466.63
         PLEASE NOTE: CHASE CHECK #340148 DATED 12/23/98
         IN THE AMOUNT OF  $56,466.63 WAS REC'D ON
         1/06/98 AND WILL BE CREDITED ON YOUR JANUARY
         1999 INVOICE AND STATEMENT.
               THANK YOU AND HAPPY NEW YEAR !


CONSULTING SERVICES:
  NO BILLING THIS MONTH                              $.00
                                                 ------------
     TOTAL CONSULTING SERVICES:                                      $.00




                                                               ------------
                              TOTAL BALANCE DUE:               $56,466.63
                                                               ============
```

===================================================================================

YEAR TO DATE SUMMARY:
```
  CARRYOVER BALANCE     + FEES        - CASH          - CASH          TOTAL
  FROM PREVIOUS YR      CHARGED       PAYMENTS        CREDITS         BALANCE DUE
       $.00             $56,466.63    $.00            $.00            $56,466.63
```

|         | 56466.63 |         |          |       |          56466.63 |
|---------|----------|---------|----------|-------|-------------------|
| Current | 30 - 60  | 61 - 90 | 91 - 180 | 181+  | Total Due         |

# CALLAN ASSOCIATES INC



## INVOICE AND STATEMENT

```
                              INVOICE #: 9912496-IN
                                   DATE: DECEMBER 31, 1999
                              CLIENT #: 0000800
                                  CNSLT: RG
                                 PAGE #:    1
```

SAN FRANCISCO
NEW YORK
CHICAGO
ATLANTA
DENVER

```
MS. SHIRLEY R. HAY
FEDERAL-MOGUL CORPORATION
DEFINED BENEFIT PLAN
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI   48034
```

PREVIOUS BALANCE:                                            $ 105,799.11

CONSULTING SERVICES:
  NO BILLING THIS MONTH                           $.00
                                               ------------
    TOTAL CONSULTING SERVICES:                                      $.00


TOTAL BALANCE DUE:                                           $ 105,799.11
                                                             ============

================================================================================
YEAR TO DATE SUMMARY:
  CARRYOVER BALANCE    + FEES       - CASH         - CASH          TOTAL
  FROM PREVIOUS YR     CHARGED      PAYMENTS       CREDITS     BALANCE DUE
    $56,466.63       $297,030.97  ( $247,698.49)    $.00       $105,799.11

| Current | 30 - 60 | 61 - 90 | 91 - 180 | 181+ | Total Due |
|---------|---------|---------|----------|------|-----------|
| 105799.11 | | | | | 105799.11 |

```
Run Date: 04/17/08  SEG        CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08           BILLING HISTORY BY INVOICE          Time: 09:57 AM

    LINE     WORK  WORK CODE                         EMPLY                INVOICE
    DATE     CODE  DESCRIPTION                       CODE                 NUMBER

FEDERAL-MOGUL CORP DEFINED            0000800

   BILLING ACTIVITY FOR THE YEAR '00

FOR DATE: 01/00
    01/31/00 AX    NAMED FIDUCIARY CONSULTING        RAG      $105,963.27  0001071
                                                             ---------------
                                  DATE 01/00 TOTAL           $105,963.27
                                                             ===============
FOR DATE: 05/00
    05/31/00 AX4   NAMED FIDUCIARY CONSULTING        RAG      $109,637.36  0005043
                                                             ---------------
                                  DATE 05/00 TOTAL           $109,637.36
                                                             ===============
FOR DATE: 09/00
    09/30/00 AX4   NAMED FIDUCIARY CONSULTING        RAG      $108,486.70  0009182
                                                             ---------------
                                  DATE 09/00 TOTAL           $108,486.70
                                                             ===============
FOR DATE: 11/00
    11/30/00 AX4   NAMED FIDUCIARY CONSULTING        RAG      $105,207.30  0011178
                                                             ---------------
                                  DATE 11/00 TOTAL           $105,207.30
                                                             ===============
                         BILLING ACTIVITY '00 TOTAL:          $429,294.63
                                                             ===============
                    FEDERAL-MOGUL CORP DEFINED TOTAL:         $429,294.63
                                                             ===============
                                      REPORT TOTAL:          $429,294.63
                                                             ===============
```

```
Run Date: 04/17/08  SEG         CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08               BILLING HISTORY BY INVOICE         Time: 09:57 AM

  LINE       WORK  WORK CODE                         EMPLY                    INVOICE
  DATE       CODE  DESCRIPTION                       CODE                     NUMBER

FEDERAL-MOGUL CORP DEFINED          0000800

  BILLING ACTIVITY FOR THE YEAR '01

FOR DATE: 02/01
   02/28/01 AX4   NAMED FIDUCIARY CONSULTING         RAG        $101,108.69   0102076
                                                                ------------
                                      DATE 02/01 TOTAL          $101,108.69
                                                                ============
FOR DATE: 05/01
   05/31/01 AX4   NAMED FIDUCIARY CONSULTING         RAG         $92,706.80   0105118
                                                                ------------
                                      DATE 05/01 TOTAL           $92,706.80
                                                                ============
FOR DATE: 08/01
   08/31/01 AX4   NAMED FIDUCIARY CONSULTING         RAG         $30,842.62   0108079
   08/31/01 CP4   BUNDLED CONSULTING & RPTS          RAG         $32,500.00   0108079
                                                                ------------
                                      DATE 08/01 TOTAL           $63,342.62
                                                                ============
FOR DATE: 10/01
   10/17/01 AX4   NAMED FIDUCIARY CONSULTING         RAG         $30,842.62-  0110001
   10/18/01 AX4   NAMED FIDUCIARY CONSULTING         RAG         $30,842.62   0110002
   10/17/01 CP4   BUNDLED CONSULTING & RPTS          RAG         $32,500.00-  0110001
   10/18/01 CP4   BUNDLED CONSULTING & RPTS          RAG         $10,833.33   0110002
                                                                ------------
                                      DATE 10/01 TOTAL           $21,666.67-
                                                                ============
FOR DATE: 11/01
   11/30/01 CP4   BUNDLED CONSULTING & RPTS          RAG         $32,500.00   0110130
                                                                ------------
                                      DATE 11/01 TOTAL           $32,500.00
                                                                ============
                           BILLING ACTIVITY '01 TOTAL:          $267,991.44
                                                                ============
                   FEDERAL-MOGUL CORP DEFINED TOTAL:            $267,991.44
                                                                ============
                                         REPORT TOTAL:          $267,991.44
                                                                ============
```

```
Run Date: 04/17/08   SEG        CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08              BILLING HISTORY BY INVOICE          Time: 09:57 AM

   LINE      WORK WORK CODE                       EMPLY              INVOICE
   DATE      CODE DESCRIPTION                     CODE               NUMBER

FEDERAL-MOGUL CORP DEFINED            0000800

  BILLING ACTIVITY FOR THE YEAR '02

FOR DATE: 02/02
   02/28/02 CP4  BUNDLED CONSULTING & RPTS        RAG        $32,500.00   0202340
                                                             ---------------
                               DATE 02/02 TOTAL              $32,500.00
                                                             ===============
FOR DATE: 05/02
   05/31/02 CP4  BUNDLED CONSULTING & RPTS        RAG        $32,500.00   0205091
                                                             ---------------
                               DATE 05/02 TOTAL              $32,500.00
                                                             ===============
FOR DATE: 08/02
   08/31/02 CP4  BUNDLED CONSULTING & RPTS        RAG        $33,556.25   0208138
                                                             ---------------
                               DATE 08/02 TOTAL              $33,556.25
                                                             ===============
FOR DATE: 11/02
   11/30/02 CP4  BUNDLED CONSULTING & RPTS        RAG        $33,556.25   0211094
                                                             ---------------
                               DATE 11/02 TOTAL              $33,556.25
                                                             ===============
                       BILLING ACTIVITY '02 TOTAL:          $132,112.50
                                                             ===============
                    FEDERAL-MOGUL CORP DEFINED TOTAL:       $132,112.50
                                                             ===============
                                       REPORT TOTAL:        $132,112.50
                                                             ===============
```

```
Run Date: 04/17/08   SEG      CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08          BILLING HISTORY BY INVOICE           Time: 09:58 AM

   LINE    WORK  WORK CODE                        EMPLY              INVOICE
   DATE    CODE  DESCRIPTION                      CODE               NUMBER

FEDERAL-MOGUL CORP DEFINED         0000800

  BILLING ACTIVITY FOR THE YEAR '03

FOR DATE: 02/03
   02/28/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $33,556.25  0302103
                                                         ---------------
                                 DATE 02/03 TOTAL         $33,556.25
                                                         ===============
FOR DATE: 05/03
   05/31/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $33,556.25  0305133
                                                         ---------------
                                 DATE 05/03 TOTAL         $33,556.25
                                                         ===============
FOR DATE: 08/03
   08/31/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $33,556.25  0308144
                                                         ---------------
                                 DATE 08/03 TOTAL         $33,556.25
                                                         ===============
FOR DATE: 09/03
   09/30/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $33,556.25- 0309179
                                                         ---------------
                                 DATE 09/03 TOTAL         $33,556.25-
                                                         ===============
FOR DATE: 10/03
   10/31/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $21,000.00- 0310220
   10/31/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $23,750.00  0310220
                                                         ---------------
                                 DATE 10/03 TOTAL          $2,750.00
                                                         ===============
FOR DATE: 11/03
   11/30/03 CP4  BUNDLED CONSULTING & RPTS        RAG      $23,750.00  0311140
                                                         ---------------
                                 DATE 11/03 TOTAL         $23,750.00
                                                         ===============
                          BILLING ACTIVITY '03 TOTAL:     $93,612.50
                                                         ===============
                       FEDERAL-MOGUL CORP DEFINED TOTAL:  $93,612.50
                                                         ===============
                                    REPORT TOTAL:        $93,612.50
                                                         ===============
```

```
Run Date: 04/17/08  SEG      CALLAN ASSOCIATES INC.            Page: 1
R/M Date: 03/31/08           BILLING HISTORY BY INVOICE        Time: 09:58 AM

   LINE     WORK  WORK CODE                     EMPLY                 INVOICE
   DATE     CODE  DESCRIPTION                   CODE                  NUMBER

FEDERAL-MOGUL CORP DEFINED         0000800

  BILLING ACTIVITY FOR THE YEAR '04

FOR DATE: 02/04
   02/29/04 CP4   BUNDLED CONSULTING & RPTS     RAG       $23,750.00  0402125
                                                         -------------
                                 DATE 02/04 TOTAL        $23,750.00
                                                         =============
FOR DATE: 05/04
   05/31/04 CP4   BUNDLED CONSULTING & RPTS     KEB       $23,750.00  0405104
                                                         -------------
                                 DATE 05/04 TOTAL        $23,750.00
                                                         =============
FOR DATE: 08/04
   08/31/04 CP4   BUNDLED CONSULTING & RPTS     KEB       $23,750.00  0408065
                                                         -------------
                                 DATE 08/04 TOTAL        $23,750.00
                                                         =============
FOR DATE: 11/04
   11/30/04 CP4   BUNDLED CONSULTING & RPTS     KEB       $23,750.00  0411134
   11/30/04 IE    INTL SEARCH- EQUITY           KEB       $28,000.00  0411134
                                                         -------------
                                 DATE 11/04 TOTAL        $51,750.00
                                                         =============
                          BILLING ACTIVITY '04 TOTAL:   $123,000.00
                                                         =============
                       FEDERAL-MOGUL CORP DEFINED TOTAL: $123,000.00
                                                         =============
                                      REPORT TOTAL:     $123,000.00
                                                         =============
```

```
Run Date: 04/17/08  SEG       CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08            BILLING HISTORY BY INVOICE          Time: 09:58 AM

   LINE      WORK WORK CODE                        EMPLY             INVOICE
   DATE      CODE DESCRIPTION                      CODE              NUMBER

FEDERAL-MOGUL CORP DEFINED             0000800

   BILLING ACTIVITY FOR THE YEAR '05

FOR DATE: 02/05
    02/28/05 CP4  BUNDLED CONSULTING & RPTS        KEB      $23,750.00   0502111
                                                           ---------------
                                DATE 02/05 TOTAL           $23,750.00
                                                           ===============
FOR DATE: 05/05
    05/31/05 CP4  BUNDLED CONSULTING & RPTS        KEB      $23,750.00   0505104
                                                           ---------------
                                DATE 05/05 TOTAL           $23,750.00
                                                           ===============
FOR DATE: 08/05
    08/31/05 CP4  BUNDLED CONSULTING & RPTS        KEB      $23,750.00   0508080
                                                           ---------------
                                DATE 08/05 TOTAL           $23,750.00
                                                           ===============
FOR DATE: 09/05
    09/30/05 CP4  BUNDLED CONSULTING & RPTS        KEB      $23,750.00   0509314
                                                           ---------------
                                DATE 09/05 TOTAL           $23,750.00
                                                           ===============
                         BILLING ACTIVITY '05 TOTAL:        $95,000.00
                                                           ===============
                    FEDERAL-MOGUL CORP DEFINED TOTAL:       $95,000.00
                                                           ===============
                                      REPORT TOTAL:        $95,000.00
                                                           ===============
```

|      |              |
|------|--------------|
| 2000 | $429,294.63  |
| 2001 | $267,991.44  |
| 2002 | $132,112.50  |
| 2003 | $93,612.50   |
| 2004 | $123,000.00  |
| 2005 | $95,000.00   |
| 2006 | $0.00        |

A copy of the relevant billing invoices and reports to the Federal-Mogul Corporation Pension Plan for each calendar year is attached as Exhibit A.

I state under penalty of perjury that the foregoing is true and correct.

San Francisco, California
April 17, 2008

                                        _____
                                            Ann C. DeLuce