# Exhibit C
Declaration of Franklin C. Wong

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT T. BEANE, JR., individually and on
behalf of all others similarly situated,

                Plaintiff,

       v.

THE BANK OF NEW YORK MELLON,         07-cv-09444 (RMB) (GWG)
BNY CONVERGEX EXECUTION
SOLUTIONS LLC, and CALLAN
ASSOCIATES, INC.,

                Defendants.
------------------------------------------------------------x

## DECLARATION OF FRANKLIN C. WONG

Franklin C. Wong, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I am a Vice President for Client Services at LJR Recapture Services, a division of BNY ConvergEx Execution Solutions LLC ("BNY ConvergEx").

2.    I am familiar with the BNY ConvergEx databases that contain information regarding the brokerage commissions received by BNY ConvergEx (or one of its predecessor entities) from pension plan clients and other entities. I have performed a search of those databases to determine the commissions received by BNY ConvergEx from the Federal-Mogul Pension Plan between November 1998 and December 31, 2005, reduced by the amount of commission recapture rebates. The search I performed shows that between November 1998 and December 31, 2005, BNY ConvergEx received a total of $174,294.22 in net commissions from the Federal-Mogul Pension Plan.

3. Attached hereto as Exhibit A is a true and correct copy of a client commission report generated from these databases reflecting the net commissions received by BNY ConvergEx from the Federal-Mogul Pension Plan during the above-referenced period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2008

_____
Franklin C. Wong

2

# Exhibit A

Client Commission Detail Report
BNY-BEANE 0038965

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)