UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT T. BEANE, JR., et al.,

                              Plaintiffs,

      - against -

BANK OF NEW YORK MELLON CORP., et al.,

                              Defendants.
------------------------------------------------------------x

07 Civ. 9444 (RMB) (GWG)

**ORDER**

      Following today's conference in the above-captioned case, the Court has revisited the procedure and the motion schedule discussed at the conference, as follows:

1. Plaintiffs' pending Motion to Certify the Class, dated February 15, 2008 [Dkt. # 22], and Defendants' pending Joint Motion to Dismiss, dated March 14, 2008 [Dkt. # 29] are **vacated** without prejudice;

2. Plaintiffs' Amended Complaint is to be filed on or before May 9, 2008;

3. Plaintiffs' Motion to Certify the Class is to be filed on or before May 9, 2008;

4. Defendants' Joint Motion to Dismiss and Opposition to Plaintiffs' Motion to Certify the Class is to be filed on or before May 30, 2008;

5. Plaintiffs' Reply is to be filed on or before June 16, 2008; and

6. Defendants' Joint Sur-Reply is to be filed on or before June 30, 2008.

Note that standard page limits apply as set forth in the Court's Individual Rules, and the Court is abandoning the "supplements" proposal discussed on May 1, 2008 and directing that new integrated filings be made instead.

**SO ORDERED.**

Dated: New York, New York
         May 1, 2008

                                                          Richard M. Berman, U.S.D.J.