UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT T. BEANE, JR., individually and on
behalf of all others similarly situated,

                Plaintiff,

      v.                                        07-CV-0944 (RMB)

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.,

                Defendants.
------------------------------------------------------------x

## Index of Exhibits to
## Plaintiff's Memorandum of Law in Support of Motion to Certify Class of ERISA Plans

| Exhibit | Description |
|---|---|
| 1 | Services Agreement by and among Callan Associates Inc., BNY ESI & Co., and the Bank of New York Company, Inc. (Sept. 9, 1998), BNY-BEANE 0001318-57 (**FILED UNDER SEAL**) |
| 2 | Callan Associates Inc. Responses to the DOL and SEC Recommended Questions for Selecting and Monitoring Pension Consultants: Tips for Plan Fiduciaries |
| 3 | Memorandum, BNY-BEANE_0038679 – 0038685 (**FILED UNDER SEAL**) |
| 4 | Memorandum, BNY-BEANE_0038609 – 0038614 (**FILED UNDER SEAL**) |
| 5 | Excerpts from Callan Proposal to TRS FOIA01231-33, 01270 |
| 6 | *In the Matter of Callan Associates*, SEC Admin. Proc. No. 3-12808, Order Instituting Administrative And Cease-And-Desist Proceedings |
| 7 | 1-17-01 Ann DeLuce e-mail, CA12975-76 (**FILED UNDER SEAL**) |
| 8 | "Exclusive Broker" Correspondence, BNY-BEANE 0000600-602(**FILED UNDER SEAL**) |
| 9 | Commission Report for Nov. 1, 2000 to Oct. 31, 2001, BNY-BEANE 0002586-0002659(**FILED UNDER SEAL**) |
| 10 | Tenneco Master Retirement Form, BNY-BEANE 0022717(**FILED UNDER SEAL**) |
| | |
| | |