# Exhibit 3

Memorandum
BNY-BEANE_0038679 – 0038685

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)