# Exhibit 4

Memorandum
BNY-BEANE_0038609 – 0038614

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)