# Exhibit 7

1-17-01 Ann DeLuce e-mail, CA12975-76

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)