# Exhibit 9

Commission Report for Nov. 1, 2000 to Oct. 31, 2001,
BNY-BEANE 0002586-0002659

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information (Dkt. #20)