UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
ALBERT T. BEANE, JR.,                                     :
                                                          :
                    Plaintiff,                            :
                                                          :
         v.                                               :
                                                          :
THE BANK OF NEW YORK MELLON, BNY                          :     07-cv-9444 (RMB)
CONVERGEX EXECUTION SOLUTIONS LLC                         :
and CALLAN ASSOCIATES, INC.,                              :
                                                          :
                    Defendants.                           :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## Index Of Exhibits


Exhibit A      Christopher M. Springer Declaration

Exhibit B      Ann C. DeLuce Declaration, March 13, 2008

Exhibit C      First Amended Responses of Plaintiff Albert T. Beane, Jr., To
               Defendant Callan Associates, Inc.'s First Set Of Requests For
               Admission

Exhibit D      Federal-Mogul Corporation Forms 5500

Exhibit E      Ann C. DeLuce Declaration, April 17, 2008

Exhibit F      Franklin C. Wong Declaration

Exhibit G      Kal Bassily Declaration

Exhibit H      Dorothy D. Schroth Declaration