# Exhibit E

Ann C. DeLuce Declaration, April 17, 2008

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALBERT T. BEANE, JR., | § § | Case No. 1:07-cv-09444-RMB |
| *Plaintiff,* | § § | |
| v. | § § | |
| | § | |
| THE BANK OF NEW YORK MELLON, BNY CONVERGEX EXECUTION SOLUTIONS LLC AND CALLAN ASSOCIATES, INC. | § § § § | |
| *Defendants.* | § § | |

## DECLARATION OF ANN C. DELUCE

I, Ann C. DeLuce, declare and state as follows:

1. I am the Executive Vice President of Legal and Corporate Communications at Callan Associates, Inc., a named defendant in the above-captioned matter. I offer this Declaration in support of the joint motion of the defendants Bank of New York Mellon, BNY ConvergEx Solutions LLC (the "BNY Defendants") and Callan Associations, Inc. ("Callan") to dismiss plaintiff's complaint. The statements set forth in this Declaration are based upon my personal knowledge, upon information that I acquired during the regular performance of my duties as Executive Vice President of Callan, and from reports and records kept in the course of Callan's regularly conducted business activity, and which reports it was Callan's regular practice to make.

2. Callan received $1,494,508.67 from the Federal-Mogul Corporation Pension Plan during the period of October 1, 1998 to December 31, 2006. The Federal-Mogul Corporation Pension Plan was billed by calendar year as follows:

    10/1-12/31/98    $56,466.63
            1999    $297,030.97

| Year | Amount |
|------|--------|
| 2000 | $429,294.63 |
| 2001 | $267,991.44 |
| 2002 | $132,112.50 |
| 2003 | $93,612.50 |
| 2004 | $123,000.00 |
| 2005 | $95,000.00 |
| 2006 | $0.00 |

A copy of the relevant billing invoices and reports to the Federal-Mogul Corporation Pension Plan for each calendar year is attached as Exhibit A.

I state under penalty of perjury that the foregoing is true and correct.

San Francisco, California
April 17, 2008

_____
Ann C. DeLuce

# Exhibit A

# CALLAN ASSOCIATES INC

## INVOICE AND STATEMENT



```
                                    INVOICE #: 9812061-IN
                                    DATE: DECEMBER 31, 1998
                                    CLIENT #: 0000800
                                    CNSLT: RG
                                    PAGE #:    1
```

SAN FRANCISCO

NEW YORK

CHICAGO      MS. SHIRLEY R. HAY
             FEDERAL-MOGUL CORPORATION
ATLANTA      DEFINED BENEFIT PLAN
             26555 NORTHWESTERN HIGHWAY
DENVER       SOUTHFIELD, MI  48034

```
PREVIOUS BALANCE:                                             $56,466.63
        PLEASE NOTE: CHASE CHECK #340148 DATED 12/23/98
        IN THE AMOUNT OF $56,466.63 WAS REC'D ON
        1/06/98 AND WILL BE CREDITED ON YOUR JANUARY
        1999 INVOICE AND STATEMENT.
               THANK YOU AND HAPPY NEW YEAR !

CONSULTING SERVICES:
  NO BILLING THIS MONTH                              $.00
                                                 ------------
        TOTAL CONSULTING SERVICES:                               $.00




                                                            ------------
                               TOTAL BALANCE DUE:            $56,466.63
                                                            ============
```

===============================================================================

```
YEAR TO DATE SUMMARY:
  CARRYOVER BALANCE    + FEES       - CASH        - CASH        TOTAL
  FROM PREVIOUS YR     CHARGED      PAYMENTS      CREDITS       BALANCE DUE
        $.00          $56,466.63     $.00          $.00         $56,466.63
```

| | 56466.63 | | | | 56466.63 |
|---|---|---|---|---|---|
| Current | 30 - 60 | 61 - 90 | 91 - 180 | 181+ | Total Due |

# CALLAN ASSOCIATES INC

## INVOICE AND STATEMENT



```
                                    INVOICE #: 9912496-IN
                                    DATE: DECEMBER 31, 1999
                                    CLIENT #: 0000800
                                    CNSLT: RG
                                    PAGE #:    1
```

SAN FRANCISCO

NEW YORK

CHICAGO      MS. SHIRLEY R. HAY
             FEDERAL-MOGUL CORPORATION
ATLANTA      DEFINED BENEFIT PLAN
             26555 NORTHWESTERN HIGHWAY
DENVER       SOUTHFIELD, MI  48034

PREVIOUS BALANCE:                                      $ 105,799.11


CONSULTING SERVICES:
  NO BILLING THIS MONTH                          $.00
                                                 ------------
      TOTAL CONSULTING SERVICES:                                $.00












                                   TOTAL BALANCE DUE:   $ 105,799.11
                                                        ============

================================================================================
YEAR TO DATE SUMMARY:
CARRYOVER BALANCE    + FEES        - CASH        - CASH         TOTAL
FROM PREVIOUS YR     CHARGED       PAYMENTS      CREDITS        BALANCE DUE
   $56,466.63        $297,030.97   ($247,698.49)   $.00         $105,799.11

| 105799.11 | | | | | 105799.11 |
|---|---|---|---|---|---|
| Current | 30 - 60 | 61 - 90 | 91 - 180 | 181+ | Total Due |

```
Run Date: 04/17/08  SEG      CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08           BILLING HISTORY BY INVOICE          Time: 09:57 AM

    LINE      WORK  WORK CODE                    EMPLY              INVOICE
    DATE      CODE  DESCRIPTION                  CODE               NUMBER

FEDERAL-MOGUL CORP DEFINED         0000800

  BILLING ACTIVITY FOR THE YEAR '00

FOR DATE: 01/00
   01/31/00  AX    NAMED FIDUCIARY CONSULTING    RAG      $105,963.27   0001071
                                                          ---------------
                                 DATE 01/00 TOTAL         $105,963.27
                                                          ===============
FOR DATE: 05/00
   05/31/00  AX4   NAMED FIDUCIARY CONSULTING    RAG      $109,637.36   0005043
                                                          ---------------
                                 DATE 05/00 TOTAL         $109,637.36
                                                          ===============
FOR DATE: 09/00
   09/30/00  AX4   NAMED FIDUCIARY CONSULTING    RAG      $108,486.70   0009182
                                                          ---------------
                                 DATE 09/00 TOTAL         $108,486.70
                                                          ===============
FOR DATE: 11/00
   11/30/00  AX4   NAMED FIDUCIARY CONSULTING    RAG      $105,207.30   0011178
                                                          ---------------
                                 DATE 11/00 TOTAL         $105,207.30
                                                          ===============
                        BILLING ACTIVITY '00 TOTAL:       $429,294.63
                                                          ===============
                   FEDERAL-MOGUL CORP DEFINED TOTAL:      $429,294.63
                                                          ===============
                                    REPORT TOTAL:         $429,294.63
                                                          ===============
```

```
Run Date: 04/17/08  SEG         CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08               BILLING HISTORY BY INVOICE         Time: 09:57 AM

  LINE     WORK WORK CODE                    EMPLY                  INVOICE
  DATE     CODE DESCRIPTION                  CODE                   NUMBER

FEDERAL-MOGUL CORP DEFINED          0000800

  BILLING ACTIVITY FOR THE YEAR '01

FOR DATE: 02/01
   02/28/01 AX4   NAMED FIDUCIARY CONSULTING      RAG      $101,108.69   0102076
                                                           ---------------
                               DATE 02/01 TOTAL           $101,108.69
                                                           ===============
FOR DATE: 05/01
   05/31/01 AX4   NAMED FIDUCIARY CONSULTING      RAG       $92,706.80   0105118
                                                           ---------------
                               DATE 05/01 TOTAL            $92,706.80
                                                           ===============
FOR DATE: 08/01
   08/31/01 AX4   NAMED FIDUCIARY CONSULTING      RAG       $30,842.62   0108079
   08/31/01 CP4   BUNDLED CONSULTING & RPTS       RAG       $32,500.00   0108079
                                                           ---------------
                               DATE 08/01 TOTAL            $63,342.62
                                                           ===============
FOR DATE: 10/01
   10/17/01 AX4   NAMED FIDUCIARY CONSULTING      RAG       $30,842.62-  0110001
   10/18/01 AX4   NAMED FIDUCIARY CONSULTING      RAG       $30,842.62   0110002
   10/17/01 CP4   BUNDLED CONSULTING & RPTS       RAG       $32,500.00-  0110001
   10/18/01 CP4   BUNDLED CONSULTING & RPTS       RAG       $10,833.33   0110002
                                                           ---------------
                               DATE 10/01 TOTAL            $21,666.67-
                                                           ===============
FOR DATE: 11/01
   11/30/01 CP4   BUNDLED CONSULTING & RPTS       RAG       $32,500.00   0110130
                                                           ---------------
                               DATE 11/01 TOTAL            $32,500.00
                                                           ===============
                       BILLING ACTIVITY '01 TOTAL:        $267,991.44
                                                           ===============
               FEDERAL-MOGUL CORP DEFINED TOTAL:          $267,991.44
                                                           ===============
                                 REPORT TOTAL:           $267,991.44
                                                           ===============
```

```
Run Date: 04/17/08   SEG        CALLAN ASSOCIATES INC.           Page: 1
R/M Date: 03/31/08              BILLING HISTORY BY INVOICE       Time: 09:57 AM

   LINE        WORK  WORK CODE                      EMPLY                    INVOICE
   DATE        CODE  DESCRIPTION                    CODE                     NUMBER

FEDERAL-MOGUL CORP DEFINED           0000800

  BILLING ACTIVITY FOR THE YEAR '02

FOR DATE: 02/02
   02/28/02  CP4   BUNDLED CONSULTING & RPTS        RAG          $32,500.00  0202340
                                                                 ---------------
                                  DATE 02/02 TOTAL               $32,500.00
                                                                 ===============
FOR DATE: 05/02
   05/31/02  CP4   BUNDLED CONSULTING & RPTS        RAG          $32,500.00  0205091
                                                                 ---------------
                                  DATE 05/02 TOTAL               $32,500.00
                                                                 ===============
FOR DATE: 08/02
   08/31/02  CP4   BUNDLED CONSULTING & RPTS        RAG          $33,556.25  0208138
                                                                 ---------------
                                  DATE 08/02 TOTAL               $33,556.25
                                                                 ===============
FOR DATE: 11/02
   11/30/02  CP4   BUNDLED CONSULTING & RPTS        RAG          $33,556.25  0211094
                                                                 ---------------
                                  DATE 11/02 TOTAL               $33,556.25
                                                                 ===============
                          BILLING ACTIVITY '02 TOTAL:           $132,112.50
                                                                 ===============
                     FEDERAL-MOGUL CORP DEFINED TOTAL:          $132,112.50
                                                                 ===============
                                       REPORT TOTAL:            $132,112.50
                                                                 ===============
```

```
Run Date: 04/17/08   SEG        CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08             BILLING HISTORY BY INVOICE           Time: 09:58 AM

   LINE      WORK  WORK CODE                           EMPLY                    INVOICE
   DATE      CODE  DESCRIPTION                         CODE                     NUMBER

FEDERAL-MOGUL CORP DEFINED         0000800

  BILLING ACTIVITY FOR THE YEAR '03

 FOR DATE: 02/03
    02/28/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $33,556.25   0302103
                                                                   --------------
                                       DATE 02/03 TOTAL            $33,556.25
                                                                   ==============
 FOR DATE: 05/03
    05/31/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $33,556.25   0305133
                                                                   --------------
                                       DATE 05/03 TOTAL            $33,556.25
                                                                   ==============
 FOR DATE: 08/03
    08/31/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $33,556.25   0308144
                                                                   --------------
                                       DATE 08/03 TOTAL            $33,556.25
                                                                   ==============
 FOR DATE: 09/03
    09/30/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $33,556.25-  0309179
                                                                   --------------
                                       DATE 09/03 TOTAL            $33,556.25-
                                                                   ==============
 FOR DATE: 10/03
    10/31/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $21,000.00-  0310220
    10/31/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $23,750.00   0310220
                                                                   --------------
                                       DATE 10/03 TOTAL             $2,750.00
                                                                   ==============
 FOR DATE: 11/03
    11/30/03  CP4   BUNDLED CONSULTING & RPTS          RAG         $23,750.00   0311140
                                                                   --------------
                                       DATE 11/03 TOTAL            $23,750.00
                                                                   ==============
                              BILLING ACTIVITY '03 TOTAL:          $93,612.50
                                                                   ==============
                        FEDERAL-MOGUL CORP DEFINED TOTAL:          $93,612.50
                                                                   ==============
                                            REPORT TOTAL:          $93,612.50
                                                                   ==============
```

```
Run Date: 04/17/08  SEG      CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08            BILLING HISTORY BY INVOICE         Time: 09:58 AM

  LINE      WORK  WORK CODE                        EMPLY                    INVOICE
  DATE      CODE  DESCRIPTION                      CODE                     NUMBER

FEDERAL-MOGUL CORP DEFINED             0000800

  BILLING ACTIVITY FOR THE YEAR '04

FOR DATE: 02/04
   02/29/04 CP4   BUNDLED CONSULTING & RPTS        RAG       $23,750.00     0402125
                                                             --------------
                                    DATE 02/04 TOTAL         $23,750.00
                                                             ==============
FOR DATE: 05/04
   05/31/04 CP4   BUNDLED CONSULTING & RPTS        KEB       $23,750.00     0405104
                                                             --------------
                                    DATE 05/04 TOTAL         $23,750.00
                                                             ==============
FOR DATE: 08/04
   08/31/04 CP4   BUNDLED CONSULTING & RPTS        KEB       $23,750.00     0408065
                                                             --------------
                                    DATE 08/04 TOTAL         $23,750.00
                                                             ==============
FOR DATE: 11/04
   11/30/04 CP4   BUNDLED CONSULTING & RPTS        KEB       $23,750.00     0411134
   11/30/04 IE    INTL SEARCH- EQUITY              KEB       $28,000.00     0411134
                                                             --------------
                                    DATE 11/04 TOTAL         $51,750.00
                                                             ==============
                          BILLING ACTIVITY '04 TOTAL:       $123,000.00
                                                             ==============
                       FEDERAL-MOGUL CORP DEFINED TOTAL:    $123,000.00
                                                             ==============
                                       REPORT TOTAL:        $123,000.00
                                                             ==============
```

```
Run Date: 04/17/08  SEG        CALLAN ASSOCIATES INC.              Page: 1
R/M Date: 03/31/08             BILLING HISTORY BY INVOICE          Time: 09:58 AM

   LINE      WORK  WORK CODE                       EMPLY                 INVOICE
   DATE      CODE  DESCRIPTION                     CODE                  NUMBER

FEDERAL-MOGUL CORP DEFINED            0000800

  BILLING ACTIVITY FOR THE YEAR '05

FOR DATE: 02/05
    02/28/05 CP4   BUNDLED CONSULTING & RPTS       KEB       $23,750.00  0502111
                                                             -----------
                                 DATE 02/05 TOTAL            $23,750.00
                                                             ===========
FOR DATE: 05/05
    05/31/05 CP4   BUNDLED CONSULTING & RPTS       KEB       $23,750.00  0505104
                                                             -----------
                                 DATE 05/05 TOTAL            $23,750.00
                                                             ===========
FOR DATE: 08/05
    08/31/05 CP4   BUNDLED CONSULTING & RPTS       KEB       $23,750.00  0508080
                                                             -----------
                                 DATE 08/05 TOTAL            $23,750.00
                                                             ===========
FOR DATE: 09/05
    09/30/05 CP4   BUNDLED CONSULTING & RPTS       KEB       $23,750.00  0509314
                                                             -----------
                                 DATE 09/05 TOTAL            $23,750.00
                                                             ===========
                           BILLING ACTIVITY '05 TOTAL:       $95,000.00
                                                             ===========
                    FEDERAL-MOGUL CORP DEFINED TOTAL:        $95,000.00
                                                             ===========
                                      REPORT TOTAL:          $95,000.00
                                                             ===========
```

| | |
|---|---|
| 2000 | $429,294.63 |
| 2001 | $267,991.44 |
| 2002 | $132,112.50 |
| 2003 | $93,612.50 |
| 2004 | $123,000.00 |
| 2005 | $95,000.00 |
| 2006 | $0.00 |

A copy of the relevant billing invoices and reports to the Federal-Mogul Corporation Pension Plan for each calendar year is attached as Exhibit A.

I state under penalty of perjury that the foregoing is true and correct.

San Francisco, California
April 17, 2008

*Ann C. DeLuce*
Ann C. DeLuce

2