McTIGUE & PORTER LLP
5301 Wisconsin Avenue, NW
Suite 350
Washington, D.C. 20015
(202) 364-6900
Fax: (202) 364-9960

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08



MEMO ENDORSED
p. 2

June 11, 2008

*By Overnight Courier*

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Beane v. The Bank of New York Mellon, et al.*, Civ. No. 07-9444

Dear Judge Berman:

Pursuant to your individual practice 2(A), I am writing on behalf of the plaintiff Albert T. Beane, Jr., to request a ten-page extension of the page limit otherwise applicable to plaintiff's combined reply in support of motion for class certification and opposition to defendants' motion to dismiss. If granted, this request will give plaintiff a maximum of 35 pages (instead of 25) to reply to defendants' opposition to the pending motion for class certification and to oppose the defendants' motion to dismiss.

By order dated May 19, 2008 (Docket Entry 51), the Court granted defendants up to 35 pages to file their combined opposition to the motion for class certification and brief in support of their motion to dismiss. Defendants filed a 35-page memorandum, which makes various arguments against class certification, as well as numerous arguments about why the Court should dismiss the instant case. Docket Entry 54-1. Plaintiff's counsel requires a modest increase in the page limit to address all of those issues.

Honorable Richard M. Berman
June 11, 2008
Page 2

page limit to address all of those issues.

    Defendants' counsel has consented to the relief requested.

    Accordingly, Mr. Beane respectfully requests that the Court grant him leave to file a 35-page combined reply in support of the motion for class certification and opposition to defendants' motion to dismiss.

                                Respectfully submitted,

                                Gregory Y. Porter
                                *Attorney for Plaintiff Albert T. Beane, Jr.*

cc:    Thomas A. Arena, Esq.
        Dorothy Heyl, Esq.
        Paul Blankenstein, Esq.
        William J. Kilberg, Esq.

---

Plaintiff may have an additional five (5) pages for the combined reply.

SO ORDERED:
Date: 6/13/08    Richard M. Berman
                            Richard M. Berman, U.S.D.J.