UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT T. BEANE, JR., individually and on
behalf of all others similarly situated,

                    Plaintiff,

           v.                                07-CV-09444 (RMB)

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.,

                    Defendants.
------------------------------------------------------------x

**Index of Exhibits to**
**Plaintiff's Opposition to Motion to Dismiss and Reply Memorandum of Law in Support of Motion to Certify Class of ERISA Plans**

| Exhibit | Description |
|---|---|
| 1 | In Re: MEDCO HEALTH SOLUTIONS, INC., PHARMACY BENEFITS MANAGEMENT LITIGATION. No. 03 MDL 1508 (CLB) |
| 2 | Excerpts from Deposition of David Bonnette |
| 3 | Excerpts from Deposition of Ronald Peyton |
| 4 | BNY Global Transition Management Form Letter |
| 5 | TRS FOIA Document |
| 6 | Callan Associates Inc.,Transition Management |
| 7 | Applicability of the Investment Advisers Act |
| 8 | Robert E. Plaze, The Regulation of Investment Advisors by the Securities and Exchange Commission (Nov. 22, 2006) |
| 9 | Callan's Defined Contribution Plan Consulting Services |