# Exhibit 2

Bonnette Deposition Excerpts
CA14026, CA14083-84

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information
(Dkt. #20 & 49)

Case 1:07-cv-09444-RMB-GWG    Document 58-4    Filed 06/16/2008    Page 1 of 1