# Exhibit 4

Form Letter
CA02681-83

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information
(Dkt. #20 & 49)