# Exhibit 6

Callan Transition Management Materials
CA 01963-67

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information
(Dkt. #20 & 49)