# Exhibit 9

Callan DC Plan Consulting Services
CA00271 – 00274

**FILED UNDER SEAL**
Pursuant to Stipulation and Order Governing the Use of Confidential Information
(Dkt. #20 & 49)