UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT T. BEANE, JR., and all others
similarly situated,

                Plaintiffs,                            ECF Document

      v.

THE BANK OF NEW YORK MELLON,         07 Civ. 9444 (RMB) (GWG)
BNY CONVERGEX EXECUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.,

                Defendants.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that David S. Preminger, co-counsel for plaintiff herein, has changed his address, telephone number, facsimile number and email address as follows:

Keller Rohrback L.L.P.
275 Madison Avenue
Suite 1425
New York, NY 10016

Tel:   (212) 878-8890
Fax:   (212) 878-8895
Email: dpreminger@kellerrohrback.com

Dated: New York, NY                  Respectfully submitted,
        July 7, 2008                 Keller Rohrback L.L.P.


                                          By:  /s/  *David S. Preminger*
                                          David S. Preminger (DP 1057)
                                          275 Madison Avenue, Suite 1425
                                          New York, NY 10016
                                          Tel:   (212) 878-8890
                                          Fax:   (212) 878-8895
                                          dpreminger@kellerrohrback.com