UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT T. BEANE, *et al*

        Plaintiffs,

v.

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION
SOLUTIONS LLC, and CALLAN
ASSOCIATES, INC.,

        Defendants.

Case No.: 07-cv-09444-RMB

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

      PURSUANT TO RULE 1.3(C) of the Local Rules of the United States District Courts of the Southern and Eastern Districts of New York, I, David S. Preminger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Patrick de Gravelles, an associate in the firm of McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015, Tel: (202) 364-6900, Fax: (202) 364-9960, pdegravelles@mctiguelaw.com.

      There are no pending disciplinary proceedings against Patrick de Gravelles in any State or Federal Court.

Dated:   New York, NY
           July 11, 2008

Keller Rohrback L.L.P.
Attorneys for Plainrtiffs

By: _____
David S. Preminger (DP 1057)
275 Madison Avenue, Suite 1425
New York, NY 10016
Tel: (212) 878-8890
Fax: (212) 878-8895
dpreminger@kellerrohrback.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT T. BEANE, *et al*

                     **Plaintiffs,**

         v.

BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION
SOLUTIONS LLC and CALLAN
ASSOCIATES, INC.

                     **Defendants.**

Case No.: 07-cv-09444-RMB

**AFFIDAVIT OF DAVID S. PREMINGER IN SUPPORT OF MOTION TO ADMIT PATRICK DE GRAVELLES *PRO HAC VICE***

David S. Preminger declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the firm of Keller Rohrback L.L.P., co-counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Patrick de Gravelles as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law on March 12, 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. Mr. de Gravelles is an associate in the law firm of McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Suite 350, Washington, DC, 20015, also co-counsel for Plaintiff herein.

5. Mr. de Gravelles is an attorney admitted to practice in the District of Columbia and the states of California, Maryland and Florida. Pursuant to Local Rule 1.3(c), original Certificates of Good Standing issued by the Supreme Courts of California, Maryland and Florida and the District of Columbia Court of Appeals are attached hereto as Exhibit 1.

6.  There are no pending disciplinary proceedings against Mr. de Gravelles in any State or Federal court, nor has he ever been held in contempt, censured, suspended or disbarred from the practice of law by any court.

7.  Accordingly, I am pleased to move the admission of Patrick de Gravelles, pro hac vice.

8.  I respectfully submit a proposed order granting the admission of Patrick de Gravelles, pro hac vice, which is attached as Exhibit 2.

WHEREFORE, it is respectfully requested that the motion to admit Patrick de Gravelles, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008 in New York, New York

Respectfully submitted,

_____
DAVID S. PREMINGER (DP 1057)

2



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PATRICK PETER DeGRAVELLES

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that **PATRICK PETER DeGRAVELLES** was on the 7th day of December 1995, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 2d day of July, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighth day of June, 2004,

### Patrick P. de Gravelles

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this second day of July, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### PATRICK P. DE GRAVELLES

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 23, 2005**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 2, 2008.

By: *[signature]*
Deputy Clerk

Clerk of the Supreme Court of Florida



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PATRICK P. de GRAVELLES

was on the 6TH day of FEBRUARY, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 8, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT T. BEANE, *et al* | Case No.: 07-cv-09444-RMB |
| Plaintiffs, | |
| v. | [PROPOSED] <br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| THE BANK OF NEW YORK MELLON, BNY CONVERGEX EXECUTION SOLUTIONS LLC, and CALLAN ASSOCIATES, INC., | |
| Defendants. | |

Upon the motion of David S. Preminger, attorney for Plaintiff Albert T. Beane and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED THAT:**

Peter de Gravelles, McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015, Tel: (202) 364-6900, Fax: (202) 364-9960, pdegravelles@mctiguelaw.com, is admitted to practice *pro hac vice* as counsel for Albert T. Beane in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So Ordered: New York, NY
July ___, 2008.

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below, a copy of the foregoing Motion for Admission Pro Hac Vice was served upon the following: Dorothy Heyl and Thomas A. Arena Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, and Paul Blankenstein and William J. Kilberg, Gibson, Dunn and Crutcher (DC), 1050 Connecticut Ave. NW., Washington, DC 20008.

Dated: New York, NY
       July 14, 2008

_____
David S. Preminger