UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT T. BEANE, *et al* | Case No.: 07-cv-09444-RMB |
| **Plaintiffs,** | |
| v. | ~~[PROPOSED]~~ ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |
| THE BANK OF NEW YORK MELLON, BNY CONVERGEX EXECUTION SOLUTIONS LLC, and CALLAN ASSOCIATES, INC., | |
| **Defendants.** | |

Upon the motion of David S. Preminger, attorney for Plaintiff Albert T. Beane and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED THAT:**

Peter de Gravelles, McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015, Tel: (202) 364-6900, Fax: (202) 364-9960, pdegravelles@mctiguelaw.com, is admitted to practice *pro hac vice* as counsel for Albert T. Beane in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So Ordered:   New York, NY
              July 22, 2008.

RMB
~~United States District/Magistrate Judge~~
U.S.D.J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08