

**MCTIGUE & PORTER LLP**
5301 Wisconsin Avenue, NW
Suite 350
Washington, D.C. 20015
(202) 364-6900
Fax: (202) 364-9960

August 8, 2008

**MEMO ENDORSED**

<u>Via Federal Express Overnight Delivery</u>

The Hon. Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:   *Beane v. Bank of New York Mellon, et al*, Case No. 07-cv-09444-RMB-GWG

Dear Judge Berman:

The parties to the above lawsuit wish to inform the court of an important development.

Today, the parties reached an agreement in principle to settle the lawsuit. The agreement includes a commitment to enter into a definite, written settlement agreement no later than September 5, 2008, or return to the litigation and move the court for modification of the scheduling order to reflect these events.

The agreement in principle contemplates the filing of a Motion to Preliminarily Approve the Settlement Agreement and to Certify a Class no later than September 12, 2008. The parties ask the Court to stay all other proceedings in the lawsuit pending filing of the Motion to Preliminarily Approve no later than September 12, 2008.

All parties are available to the Court to answer any questions the Court may have.

Sincerely,

G. Y. Porter by C. Reinhardt w/permission
Gregory Y. Porter

cc: (via e-mail) Mr. Thomas A. Arena, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Mr. Paul Blankenstein, Esq.
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

A conference is set for 9/8/08 at 9:00 a.m. See Court's rules regarding the filing of motions.

SO ORDERED:
Date: 8/11/08
Richard M. Berman, U.S.D.J.