UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBERT T. BEANE, JR., individually and on
behalf of all others similarly situated,

                                Plaintiff,         07 Civ. 09444 (RMB)

     - against -

                                                                   **ORDER**

THE BANK OF NEW YORK MELLON,
BNY CONVERGEX EXECUTION SOLUTIONS
LLC, and CALLAN ASSOCIATES, INC.,

                                Defendants.
------------------------------------------------------------x

        Based on the Plaintiff's letter, dated August 8, 2008, informing the Court that "the parties reached an agreement in principle to settle the lawsuit," it is hereby

        **ORDERED**, that Plaintiff's Motion to Certify a Class of ERISA Plans, and Defendants' Joint Motion to Dismiss the Complaint are dismissed as moot. The Clerk is respectfully requested to dismiss motions [# 45] and [#53].

Dated: New York, New York
       September 2, 2008

                                                                  /s/ RMB
                                                          Richard M. Berman, U.S.D.J.

1